■ WILLIAM FLANAGAN, Appellant, v STATE OF NEW YORK, Respondent. [614 NYS2d 909] —In a claim to recover damages for personal injuries, the claimant appeals from a judgment of the Court of Claims (Silverman, J.), entered July 1, 1992, which, upon granting the defendant's motion, made at the close of trial for judgment as a matter of law dismissing the claim, is in favor of the defendant and against him.

Ordered that the judgment is affirmed, with costs, for reasons stated by Judge Silverman at the Court of Claims. Mangano, P. J., Altman, Hart and Florio, JJ., concur.